**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-6118**

———————

MICHAEL A. GOODE,

                                        Petitioner - Appellant,

        versus

DIRECTOR OF VIRGINIA DEPARTMENT OF CORRECTIONS,

                                        Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, District Judge. (CA-98-572-3)

———————

Submitted:  April 29, 1999            Decided:  May 5, 1999

———————

Before WILLIAMS, TRAXLER, and KING, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Michael A. Goode, Appellant Pro Se.  Thomas Drummond Bagwell, Assistant Attorney General, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael Goode seeks to appeal the district court's orders denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we grant in forma pauperis status but deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  See Goode v. Director Virginia Dep't of Corrections, No. CA-98-572-3 (E.D. Va. Jan. 6 & Jan. 20, 1999).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED